UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAILYN M. and JAYCE M., minor children, by and through their parents and next friends, and JEFF M. and JAMIE M.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILSON COUNTY SCHOOLS<br><br>    Defendant. | NO. 3:17-cv-01003<br>CHIEF JUDGE CRENSHAW |

## ORDER

The Plaintiffs have filed a Voluntary Dismissal (Doc. No. 6.) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE